# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE<br><br>    CRITSIA NAIOMY RODRIGUEZ GONZALEZ<br><br>**Debtor(s)** | CASE NO. **19-07143-BKT**<br><br>CHAPTER 13 |

## CERTIFICATE OF SERVICE

    I hereby certify that on 1/22/2020. I electronically filed the Minutes of 341 meeting & trustee's Recommendation with the Clerk of the Court using the CM/ECF System which sends a notification of such filing to all parties that have filed a notice of appearance in this case, including Debtor's attorney. I further certify that I have mailed this document by First Class Mail, to the following non CM/ECF participants at their address of record: debtor(s), creditors and all parties in interest as they appear in the attached master address list.

In San Juan, Puerto Rico this, 1/23/2020

 

/s/ ALEJANDRO OLIVERAS RIVERA
ALEJANDRO OLIVERAS RIVERA, TRUSTEE
USDC 131006
STANDING CHAPTER 13 TRUSTEE
PO BOX 9024062
SAN JUAN, PR 00902-4062
TEL. 787-977-3500 FAX. 787-977-3521

DATED: 1/23/2020      /s/ Rene Gomez

- CASE NO 19-07143-BKT      OFFICE OF THE CHAPTER 13 TRUSTEE

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR  00936

BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN, PR  00936

BANCO POPULAR DE PUERTO RICO
BERMUDEZ DIAZ AND SANCHEZ LLP
OCHOA BUILDING SUITE 200
500 DE LA TANCA STREET
SAN JUAN, PR  00901

BANCO POPULAR DE PUERTO RICO
CENTRO EUROPA 201 AVE P DE LEON 1496
SAN JUAN, PR  00907

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 761
PO BOX 362708
SAN JUAN, PR  00936-2708

BANCO POPULAR DE PUERTO RICO
MORTGAGE SERVICE DEPT 761
PO BOX 362708
SAN JUAN, PR  00936-2708

CRITSIA NAIOMY RODRIGUEZ GONZALEZ
PARQUE LAS MERCEDES
D8 CALLE LA CENTRAL
CAGUAS, PR  00725-7549

EASTERN AMERICA INSURANCE CO
PO BOX 9023862
SAN JUAN, PR  00902-3862

DATED:   1/23/2020                                              /s/ Rene Gomez

- CASE NO   19-07143-BKT                                        OFFICE OF THE CHAPTER 13 TRUSTEE

SURILLO PUMARADA & DAHDAH RAMIREZ
LCDO. JUAN M. SURILLO PUMARADA
PO BOX 1183
MAYAGUEZ, PR  00681

T MOBILE/T-MOBILE USA INC
BY AMERICAN INFOSOURCE LP AS AGENT
4515 N SANTA FE AVE
OKLAHOMA CITY, OK  73118

T MOBILE/T-MOBILE USA INC
BY AMERICAN INFOSOURCE LP AS AGENT
PO BOX 248848
OKLAHOMA CITY,, OK  73124-8848

CRITSIA NAIOMY RODRIGUEZ GONZALEZ
PARQUE LAS MERCEDES
D8 CALLE LA CENTRAL
CAGUAS, PR  00725-7549

DATED:  1/23/2020

/s/ Rene Gomez

- CASE NO  19-07143-BKT

OFFICE OF THE CHAPTER 13 TRUSTEE