IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

CRITSIA NAIOMY RODRIGUEZ GONZALEZ    CASE NO.   19-07143-MCF
                                     CHAPTER 13

DEBTOR(S)

## TRUSTEE'S UNFAVORABLE REPORT
## ON POST CONFIRMATION MODIFIED PLAN DATED 12/1/2020

With respect to the above-referred payment plan with a base of $28,868.00 the Trustee Renders the following recommendation:

[ ] FAVORABLE      [X] UNFAVORABLE

The liquidation value of the estate is : $ 913.68 (PV: $972.00)

The general unsecured pool is : $ 0.00

The applicable commitment period (years) is: 3

1. [ ] FEASIBILITY 11 USC § 1325(a)(6):

2. [ ] INSUFFICIENTLY FUNDED § 1325(b):

3. [ ] UNFAIR DISCRIMINATION § 1322(b):

5. [ ] FAILS DISPOSABLE INCOME TEST § 1325(b)(1)(B):

4. [ ] FAILS LIQUIDATION VALUE TEST § 1325(a)(4):

6. [ ] DOES NOT PROVIDE FOR SECURED CREDITOR § 1325(a)(5):

7. [X] OTHER:

(1) Debtor is proposing a plan of 84 months. Per recently enacted CARES ACT, provision temporarily modifying section 1329, more specifically, section 1329 (d)(1)(A) allows modification of Confirmed Plan – If currently or in the past debtor has experienced material financial hardship due, directly or indirectly to COVID-19. Debtor has not demonstrated for the record on how they have been directly or indirectly affected. (2) Plan needs to bifurcate pre-petition and to post-petition arrears to BPPR (see claim 2-2). (3) Section 4.6 - Plan discloses that insurance mature on 7/2/2021; however, per insurance quote submitted on 2/18/2020, insurance matures on 10/19/2021. Debtor to verify.

TRUSTEE'S REPORT ON POST CONFIRMATION  Page 2 of 2

NOTICE: This report anticipates Trustee's position as per 11 USC § 1302(b)(2) a copy of which has been served upon counsel for debtor(s). Copies are available to parties in interest at the Trustee's Office.

DATE: 12/4/2020

ROBERTO FIGUEROA

COUNSEL FOR DEBTOR(S)

/s/ Pedro R Medina
Pedro R Medina
USDC #226614

**ALEJANDRO OLIVERAS RIVERA**
Chapter 13 Trustee
PO Box 9024062, Old San Juan Station
San Juan PR 00902-4062
CMC-LV