IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br> CRITSIA NAIOMY RODRIGUEZ GONZALEZ <br><br> xx-xx-2045 <br><br> Debtor(s) | CASE NO. 19-07143-MCF13 <br> Chapter 13 <br><br><br><br> FILED & ENTERED ON JAN/07/2021 |

ORDER APPROVING POST-CONFIRMATION MODIFIED PLAN

This case is before the Court on debtor(s)' post-confirmation modified plan (docket entry #64, the Court hereby approves debtor(s)' post-confirmation modification and it becomes the plan. The 362-motion filed by Banco popular de Puerto Rico (Docket No. 31) is now moot.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 7 day of January, 2021.

Mildred Caban Flores
United States Bankruptcy Judge