IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: <br><br> CRITSIA NAIOMY RODRIGUEZ GONZALEZ <br><br> DEBTOR <br> _____ <br><br> BANCO POPULAR DE PUERTO RICO <br><br> MOVANT <br><br> v. <br><br> CRITSIA NAIOMY RODRIGUEZ GONZALEZ <br><br> ALEJANDRO OLIVERAS RIVERA <br> CHAPTER 13 TRUSTEE <br><br> RESPONDENTS | CASE NO: 19-07143-MCF <br><br> CHAPTER 13 |

### MOTION TO WITHDRAW MOTION FOR RELIEF FROM STAY

**TO THE HONORABLE COURT:**

BANCO POPULAR DE PUERTO RICO ("Banco Popular"), through its undersigned counsel, very respectfully alleges states and prays:

1. BANCO POPULAR hereby withdraws its Motion for Relief from Stay, filed April 12th, 2021, the debtors cured the post-petition arrears included in the Motion for Relief from Stay.

**WHEREFORE**, **Banco Popular** respectfully requests from this Honorable Court that it allow the withdrawal of the Motion for Relief from Stay filed April 12th, 2021.

**WE HEREBY CERTIFY** that a true a true and correct copy of the foregoing has been filed electronically on this day with Clerk of the Court using the CM/ECF system, which will send notification of such filing to parties which have made an electronic appearance in this case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico, on this the 20th day of April, 2021.

**BERMUDEZ DIAZ & SANCHEZ, LLP**
**Attorneys for Banco Popular**
Suite 200
500 De La Tanca Street
San Juan, Puerto Rico 00901
Tel. (787) 523-2670
FAX. (787) 523-2664

S/ JOSÉ J. SÁNCHEZ-VÉLEZ
**JOSÉ J. SÁNCHEZ-VÉLEZ**
USDC PR No. 214606
E-mail: jsanchez@pbdlawpr.com