**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**CRITSIA NAIOMY RODRIGUEZ GONZALEZ**<br>**xxx−xx−2045**<br><br>Debtor(s) | Case No. **19−07143 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 10/27/21 |

***ORDER***

The debtor(s) is (are) granted fourteen (14) days to reply to the Chapter 13 Trustee's unfavorable recommendation filed on 10/26/21 (Docket No. 91). Upon failure to reply timely, the Court may enter an order denying the debtor's('s) proposed post−confirmation modified plan (Docket No. 86).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, October 27, 2021 .

*Mildred Caban*
Mildred Caban Flores
United States Bankruptcy Judge