IN THE UNITED STATES BANKRUPTCY COURT FOR

THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>CRITSIA NAIOMY RODRIGUEZ GONZALEZ<br><br>xx-xx-2045<br><br>Debtor(s) | CASE NO. 19-07143-MCF13<br>Chapter 13<br><br><br><br>FILED & ENTERED ON NOV/18/2021 |

ORDER

The debtor(s) is granted fourteen (21) days to reply to the Chapter 13 Trustee's unfavorable recommendation (docket entry #91), or the Court will enter an order denying the debtor(s)' proposed post confirmation modified plan. Order due by December 9, 2021.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 18 day of November, 2021.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge