**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE: <br><br> **CRITSIA NAIOMY RODRIGUEZ GONZALEZ** <br><br> xxx–xx–2045 <br><br> Debtor(s) | Case No. **19–07143 EAG** <br><br> Chapter **13** <br><br> FILED & ENTERED ON 4/18/22 |

*ORDER*

The motion filed by Banco Popular de Puerto Rico for the entry of an order lifting the automatic stay (docket #124) is hereby denied without prejudice for failure to comply with LBR 9013–1(c).

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Monday, April 18, 2022 .

Edward A. Godoy
United States Bankruptcy Judge